NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE MARTIN G. BELISARIO AND PANITCH SCHWARZE BELISARIO & NADEL LLP,**
*Petitioners.*

———————————

Miscellaneous Docket No. 137

———————————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Pennsylvania in case no. 12-MC-0003, Judge Eduardo C. Robreno.

———————————

**ON PETITION**

———————————

Before WALLACH, *Circuit Judge.*

**O R D E R**

Martin Belisario and Panitch Schwarze Belisario & Nadel LLP move without opposition to stay proceedings in this petition pending the court's disposition in, *Hamilton Beach Brands, Inc. v. Sunbeam Products, Inc.*, No. 12-1581. The petitioners assert that the two cases involve the same underlying litigation and that this petition would possibly be moot.

Upon consideration thereof,

IT IS ORDERED THAT:

IN RE MARTIN BELISARIO                                         2

(1) The motion is granted. The petitioners are directed to inform the court within 30 days of the final disposition of appeal no. 2012-1581 how they believe this petition should proceed.

(2)  A copy of this order shall be transmitted to the merits panel assigned to hear case no. 2012-1581.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s24